**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TONY ANDRE BUFORD                                                                                   PLAINTIFF

V.                                        4:10-cv-01163-GTE-JTK

KENNY DUNHAM, et al.                                                                              DEFENDANTS

**ORDER**

Defendant Kenny Dunham through his attorney, has answered and supplied his correct name.

The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 20th day of October, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE