IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TONY ANDRE BUFORD                                                                                          PLAINTIFF

v.                                              4:10-cv-01163-JTK

WILL BASCOE, et al.                                                                                      DEFENDANTS

**ORDER**

On October 19, 2010, and October 21, 2010, Defendants filed their Answers (Doc. Nos. 15, 21) to Plaintiff's Amended Complaint, asserting several affirmative defenses. This matter is ready to be scheduled for trial. If Defendants intend to rely on the defenses mentioned in their Answer, they must file a dispositive motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 24th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE