IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TONY ANDRE BUFORD                                                                           PLAINTIFF

v.                                          4:10-cv-01163-JTK

KENNY DUNHAM, et al.                                                                     DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' Motion for Summary Judgment (Doc. No. 40). As of this date, Plaintiff has not filed a response to the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a Response to Defendants' Motion for Summary Judgment within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 2nd day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE